

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In the interest of C.W., C.W., and        * From the 35th District Court
F.S.W., children,                            of Brown County,
                                        Trial Court No. CV 1710402.

No. 11-21-00163-CV                * January 27, 2022

                                    * Memorandum Opinion by Bailey, C.J.
                                    (Panel consists of: Bailey, C.J.,
                                    Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be affirmed in part and reversed and remanded in part. Therefore, in accordance with this court's opinion, we reverse the trial court's order insofar as it terminated the parental rights of David Williams to his children, and we affirm the order of the trial court in all other respects. We remand this cause to the trial court for further proceedings with respect to David Williams and his biological children. Any proceeding on remand must be commenced within 180 days of this court's mandate. TEX. R. APP. P. 28.4(c).